IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAGUN WASHINGTON and SOLOMON BROWN on behalf of herself and all other plaintiffs similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>ACCEPTANCE SOLUTIONS GROUP, INC. and DAVID LANSBURGH, an individual<br><br>      Defendants. | Case No.: 1:19-cv-1415 |

## FINAL APPROVAL ORDER

The Plaintiffs have applied, pursuant to Rule 23(e), Fed. R. Civ. P., for an order finally approving settlement of the claims alleged in the Lawsuit, in accordance with a Class Action Settlement Agreement (the "Agreement"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the claims against Defendants and for dismissal of the Lawsuit against Defendants upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the exhibits annexed thereto.

The Court conducted a hearing regarding final approval of the Agreement on December 3, 2020. After reviewing the Agreement, all papers filed in connection with Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and for an Award of Attorney Fees and Costs, IT IS HEREBY ORDERED:

1.      Pursuant to Fed. R. Civ. P. 23(e), Plaintiff's Motion for Final Approval of Class Action Settlement, Service Award, and For An Award of Attorney Fees and Costs is GRANTED. The Court finally approves the parties' Agreement and finds that the settlement terms of the FLSA,

IMWL, claims set forth therein are fair, adequate, and reasonable, and in the best interests of the Plaintiff and those persons, hourly, non-exempt employees in the Loan Processor Department that are identified on Exhibit 1 to the Settlement Agreement, and the Agreement is hereby ordered to be performed by all parties.

2. The Court confirms as its final appointment, Magun Washington and Solomon Brown as the representatives of the Settlement Class.

3. The Court hereby confirms as its final appointment, David Fish and John Kunze of The Fish Law Firm as Class Counsel.

4. The Court has determined the manner of providing notice specified in the Agreement and also reflected in the Preliminary Approval Order fully and accurately informed the class members of all material elements of the settlement, met the requirements of due process, and was reasonably calculated to apprise the Settlement Class of the action and settlement.

5. No Class Members have filed objections.

6. This Final Approval Order applies to all claims or causes of action settled under the terms of the Agreement, and shall be fully binding with respect to all Class Members

7. The Court approves the payment of the Settlement Administrator fees of $6,000 and $7,000 to the Named Plaintiffs for their service in this case.

8. Attorney fee award of $54,600 and an award of costs of $628.50 are approved and shall be issued to the Fish Law Firm pursuant to the Settlement Agreement.

9. Defendants shall issue payments to the Plaintiffs through the Administrator as provided for in the Settlement Agreement.

10. All payments shall be made as set forth in the Settlement Agreement.

IT IS SO ORDERED this December 3, 2020

UNITED STATES DISTRICT JUDGE

*Charles P. Kocoras*